No. 72–5886. THOMAS, AKA TUTTLE v. UNITED STATES; and

No. 72–5906. THOMAS, AKA TUTTLE v. UNITED STATES. C. A. 8th Cir. Certiorari denied. Reported below: 469 F. 2d 145.

No. 72–5889. McCRAY v. WEINBERGER, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 5th Cir. Certiorari denied. ▮

No. 72–5891. PARISH v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. ▮

No. 72–5902. FRAZIER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 72–5904. GALAZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 72–5908. VAN ORDEN v. UNITED STATES. C. A. 3d Cir. Certiorari denied. ▮

No. 72–5910. LOUNDMANNZ v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. ▮

No. 72–5917. WILSON v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. ▮

No. 72–5918. DREIER v. UNITED STATES. C. A. 8th Cir. Certiorari denied. ▮

No. 72–5940. STRIBLING v. UNITED STATES. C. A. 6th Cir. Certiorari denied. ▮

No. 72–5996. NELSON v. STRATTON. C. A. 5th Cir. Certiorari denied. ▮